UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, <br><br> Plaintiff, <br><br> v. <br><br> INLAND WESTERN NORTH RICHLAND HILLS DAVIS LP, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: 4:13-cv-00791-O |

## PLAINTIFF'S INITIAL DESIGNATION OF EXPERT

Pursuant to the Scheduling Order (Dkt. 8) entered by the Court on November 5, 2013 and the Amended Scheduling Order (Dkt. 12) entered by the Court on February 10, 2014, Plaintiff James Joseph Juluke, Jr. ("Plaintiff"), by and through undersigned counsel, hereby discloses its list of expert witnesses that he may call or will call at trial. As discovery in this matter is ongoing, Plaintiff reserves the right to supplement or modify this disclosure as permitted under Federal and Local rules.

1. Nicholas Heybeck: 18406 Lost Maples CT, Humble, TX 77346. This witness has been retained by the Plaintiff for his expert opinion testimony regarding the existence of alleged barriers to access, the appropriate methods of barrier removal of said barriers, the cost of said barrier removal and whether said barrier removal is readily achievable and/or technically feasible to accomplish.

Date: May 7, 2014                                   Respectfully Submitted,

                                                    KU & MUSSMAN, P.A.

          By: */s/ Louis I. Mussman*  
          Louis I. Mussman, Esq.  
          Florida Bar No. 597155  
          Ku & Mussman, P.A.  
          12550 Biscayne Blvd., Suite 406  
          Miami, FL 33181  
          Tel: (305) 891-1322  
          Fax: (305) 891-4512  
          Louis@KuMussman.com  

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Farrell A. Hochmuth, Esq.  
Baker & Hostetler, LLP  
811 Main Street, Suite 1100  
Houston, Texas 77002  

Brian C. Blair  
Baker & Hostetler, LLP  
200 S. Orange Avenue, Suite 2300  
Orlando, Florida 32801  

          By: */s/ Louis I. Mussman*  
          Louis I. Mussman, Esq.