UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JAMES JOSEPH JULUKE, JR.,** an individual, <br><br> Plaintiff, <br><br> v. <br><br> **INLAND WESTERN NORTH RICHLAND HILLS DAVIS LP, LLC,** a Delaware limited liability company, <br><br> Defendant. | § § § § § § § § § § § § § § <br><br> CASE NO. 4:13-CV-00791-O |

## DEFENDANT'S NOTICE OF EXPERT DISCLOSURE

Defendant, INLAND WESTERN NORTH RICHLAND HILLS DAVIS LP, LLC, hereby gives Notice that it served expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) on Plaintiff, JAMES JOSEPH JULUKE, on June 20, 2014.

Dated: June 20, 2014.

                                            Respectfully submitted,

                                            By:    */s/ Brian C. Blair*
                                                         Farrell A. Hochmuth
                                                         Texas Bar No. 24041107
                                                         Federal Bar No. 37072
                                                         fhochmuth@bakerlaw.com
                                                         Baker & Hostetler, LLP
                                                         811 Main Street
                                                         Suite 1100
                                                         Houston, TX  77002-6111
                                                         Telephone: 713.751.1600
                                                         Facsimile: 713.751.1717

                                                         Brian C. Blair, admitted *pro hace vice*
                                                         Florida Bar No. 0973084
                                                         bblair@bakerlaw.com
                                                         Baker & Hostetler, LLP

        200 S. Orange Ave., Suite 2300
        Orlando, FL 32801
        Telephone :  407-649-4000
        Facsimile:  407-841-0168

        R. Spencer Shytles
        Texas Bar No. 18335900
        Graham, Bright & Smith
        5420 LBJ Freeway, Suite 200
        Dallas, TX 75240
        Telephone:  972-788-5300
        Facsimile:  972-770-2156
        Email:  rss@gbstxlaw.com

        Attorneys for Defendant,
        INLAND WESTERN NORTH
        RICHLAND HILLS DAVIS LP, LLC

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on June 20, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Jeff A. Wells at jeff@wellscrosland.com.

        */s/ Brian C. Blair*
        Brian C. Blair, Esq.