**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, ) ) ) Plaintiff, ) v. ) ) INLAND WESTERN NORTH ) RICHLAND HILLS DAVIS LP, LLC, ) a Delaware Limited Liability Company, ) ) Defendant. ) _____ ) | Case No.: 4:13-cv-00791-O |

**JOINT MEDIATION REPORT**

The parties engaged in mediation for the above-entitled action on June 23, 2014 at 1:30pm with mediator Gary G. Berman at the Law Offices of Gary G. Berman, 2027 Young Street, Dallas, Texas 75201. Plaintiff, James Joseph Juluke, Jr. and Plaintiff's counsel, Louis I. Mussman were present. Daniel Upton, Defendant's Vice President of Property Management and Counsel for Defendant Farrell A. Hochmuth were present and Brian C. Blair, attorney for Defendant, was also present by telephone. The mediation resulted in an impasse and therefore this case has not been settled.

Dated: June 27, 2014

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| By: */s/ Louis I. Mussman* | By: */s/Farrell A. Hochmuth* |
| Louis I. Mussman | Farrell A. Hochmuth |
| Florida Bar No. 597155 | Texas Bar No. 24041107 |
| Ku & Mussman, P.A. | Baker & Hostetler LLP |
| 12550 Biscayne Blvd., Suite 406 | 811 Main Street, Suite 1100 |
| Miami, Florida 33181 | Houston, Texas 77002 |
| Tel: (305) 891-1322 | Tel: 713.751.1600 |
| Fax: (305) 891-4512 | Fax: 713.751.1717 |
| Louis@KuMussman.com | fhochmuth@bakerlaw.com |

| | |
|---|---|
| and | and |
| Seth P. Crosland<br>Texas Bar No. 24069551<br>Local Counsel<br>121 West Hickory St., Suite 103<br>Denton, Texas 75243<br>Phone: (214) 810-5401<br>Fax: (214) 988-5794<br>seth@wellscrosland.com | Brian C. Blair, admitted *pro hac vice*<br>Florida Bar No. 0973084<br>Baker & Hostetler LLP<br>200 S. Orange Avenue, Suite 2300<br>Orlando, Florida 32801<br>Tel: 407.649.4000<br>Fax: 407.841.0168<br>bblair@bakerlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed using this Court's ECF system, which will serve an electronic copy to the following attorneys of record:

Farrell A. Hochmuth
BAKER & HOSTETLER LLP
8l I Main Street, Suite 1100
Houston, Texas 77002

Brian C. Blair
BAKER & HOSTETLER, LLP
200 S. Orange Ave., Suite 2300
Orlando, Florida 32801

R. Spencer Shytles
Graham, Bright & Smith
5420 LBJ Freeway, Suite 200
Dallas, Texas 75240

By: ＿＿/s/ *Louis I. Mussman*＿＿＿
 Louis I. Mussman

2