# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FT. WORTH DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., <br> an individual, <br><br> Plaintiff, <br> v. <br><br> INLAND WESTERN NORTH <br> RICHLAND HILLS DAVIS LP, LLC, <br> a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: 4:13-cv-00791-O |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice. The parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully Submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
Florida Bar Number: 597155
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
*Attorney for Plaintiff*

Dated: 7/15/14

Respectfully Submitted,

*/s/ Brian C. Blair*
Brian C. Blair, admitted *pro hac vice*
Florida Bar Number: 0973084
Baker & Hostetler LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida
Tel: 407.649.4000
Fax: 407.841.0168
*Attorney for Defendant*

Dated: 7/15/14